IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW SPRINGMEYER, ) | | |
| ) | | |
| Plaintiff, ) | 2:09-cv-00924-GEB-DAD | |
| ) | | |
| v. ) | <u>ORDER</u> | |
| ) | | |
| RAJ MANJIV, an individual, WONG ) | | |
| NGON FON TRUSTEE et al., WONG NGON ) | | |
| FON 1997 FAMILY LTD PARTNERSHIP, ) | | |
| and DOES ONE through FIFTY, ) | | |
| inclusive, ) | | |
| ) | | |
| Defendants. ) | | |

The hearing on Plaintiff's motion for judgment on the pleadings now scheduled for July 6, 2009, will be rescheduled since Defendant Manjiv Raj argues in his Opposition to this motion: "The interests of justice require that this Court deny Plaintiff's Motion for Judgment on the Pleading[s] and grant Raj's Motion for Leave to File an Amended Answer, filed herewith." (Opp'n at 1:24-26). Defendant filed the referenced motion for leave to file an amended answer on the same date he filed his opposition to Plaintiff's motion for judgment on the pleadings. It is clear these motions are related under Eastern District of California Local Rule 78-230(e). Therefore,

1

1  Plaintiff's motion scheduled for hearing on July 6, 2009, is
2  rescheduled for hearing on August 3, 2009, commencing at 9:00 a.m. so
3  that it is scheduled for hearing at the same time as Defendant's
4  motion for leave to file an amended answer.

5  Dated: July 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge