1   David Rude (SBN 67367)
    CLARK & RUDE
2   830 The Alameda
    San Jose, CA  95126
3   Telephone: (408) 971-1099
    Facsimile: (408) 971-1133
4   E-mail: drude@crlaw.net

5   Attorneys for Defendants
    NGON FON WONG AS TRUSTEE OF THE NGON
6   FON WONG REVOCABLE TRUST AND AS
    GENERAL PARTNER OF THE NGON FON WONG
7   1995 FAMILY LIMITED PARTNERSHIP

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                            (SACRAMENTO)
11

12  ANDREW SPRINGMEYER,              Case No.  2:09-CV-00924-GEB-DAD

13              Plaintiff,           **STIPULATION AND ORDER TO SET
                                     ASIDE CLERK'S ENTRY OF DEFAULT
14        v.                         AND TO ALLOW FILING OF ANSWER
                                     AND CROSSCLAIM**
15  RAJ MANJIV, an individual, WONG
    NGON FON TRUSTEE, et al., WONG
16  NGON FON 1997 FAMILY LTD.
    PARTNERSHIP and DOES One
17  THROUGH Fifty, inclusive,

18              Defendants.

19

20
        The parties to this Stipulation and Order are plaintiff, Andrew Springmeyer, by and
21
    through his attorney, Jeffery A. Briggs, Esq. and defendants Ngon Fon Wong, as Trustee
22
    of the Ngon Fon Wong Revocable Trust ("Defendant Trust") and as General Partner of
23
    the Ngon Fon Wong 1995 Family Limited Partnership ("Defendant Limited Partnership"),
24
    acting by and through their attorney, David Rude, Esq.
25
                                    **RECITALS**
26
        This Stipulation and Order is entered into with reference to the following facts:
27

28                                      1          Stip&Order to Set Aside Clerks Entry of Default
                                                                            FINAL.doc
    **STIPULATION AND ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT
    AND TO ALLOW FILING OF ANSWER AND CROSSCLAIM
    CASE NO. 2:09-CV-00924-GEB-DAD**

1.      Plaintiff filed this ADA action on April 3, 2009 against Manjiv Raj, the tenant, and the Defendant Trust and the Defendant Limited Partnership, the absentee owners of the subject property.

2.      On April 24, 2009, Plaintiff attempted to serve the Defendant Trust and Defendant Limited Partnership by sub-serving the tenant at the location of the subject premises.

3.      On May 18, plaintiff filed a request that the clerk enter the default of the defendant owners of the subject property.

4.      On May 19, 2009, the clerk of the court entered the default of the defendant owners, wrongfully sued as Wong Ngon Fon Trustee, et al. and Wong Ngon Fon 1997 Family Limited Partnership.

5.      Thereafter, the owners of the subject property eventually discovered that the plaintiff was taking the position that the owners had been served by serving the tenant. The owners then hired counsel to represent them to set aside the default and to file an answer and crossclaim on their behalf.

6.      Counsel for plaintiff and counsel for the defendant owners have now agreed to stipulate to an order setting aside the clerk's entry of default to permit the defendant owners to file an answer and crossclaim.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

Stip&Order to Set Aside Clerks Entry of Default
FINAL.doc

**STIPULATION AND ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT**
**AND TO ALLOW FILING OF ANSWER AND CROSSCLAIM**
**CASE NO. 2:09-CV-00924-GEB-DAD**

## STIPULATION

IT IS HEREBY STIPULATED that the Clerk's Entry of Default against Wong Ngon Fon Trustee, et al., Wong Ngon Fon 1997 Family Limited Partnership shall be set aside to allow the defendant owners to file an answer and crossclaim.

DATED:  July 2, 2009        By: _____/s/ Jeffrey A. Briggs_____

                                   Jeffery A. Briggs
                                   Attorney for Plaintiff
                                   ANDREW SPRINGMEYER

DATED:  July 2, 2009        CLARK & RUDE

                              By: _____/s/ David Rude_____
                                   David Rude
                                   Attorneys for Defendants
                                   NGON FON WONG REVOCABLE
                                   TRUST AND NGON FON WONG 1995
                                   FAMILY LIMITED PARTNERSHIP

## ORDER

The Clerk's Certificate of Entry of Default filed on May 19, 2009, against Wong Ngon Fon Trustee et al. and Wong Ngon Fon 1997 Family Limited Partnership, is set aside since the parties to the above stipulation agree to have this order entered.

Dated:  July 2, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip&Order to Set Aside Clerks Entry of Default
FINAL.doc

**STIPULATION AND ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT
AND TO ALLOW FILING OF ANSWER AND CROSSCLAIM
CASE NO. 2:09-CV-00924-GEB-DAD**