IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SPRINGMEYER, ) | |
| ) | |
| Plaintiff, ) | 2:09-cv-00924-GEB-DAD |
| ) | |
| v. ) | ORDER[*] |
| ) | |
| RAJ MANJIV, an individual, WONG ) | |
| NGON FON 1997 FAMILY LTD., ) | |
| PARTNERSHIP AND DOES ONE THROUGH ) | |
| FIFTY, inclusive, ) | |
| ) | |
| Defendants. ) | |

Defendant Manjiv Raj moves to amend his Answer under Federal Rule of Civil Procedure ("Rule") 15, and Plaintiff moves for judgment on the pleadings under Rule 12(c). Each motion is opposed. Plaintiff's arguments in favor of its motion are unpersuasive in light of the reasons Defendant gives justifying the amendment he seeks. Further, Plaintiff's arguments against granting Defendant's motion fail to sustain his "burden of showing [he would be] prejudice[d]" or any of the other factors considered when deciding whether to grant an

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

amendment under Rule 15(a)(2).  DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 187 (9th Cir. 1987).

Therefore, Plaintiff's motion for judgment on the pleadings is denied.  Defendant's motion to amend his Answer is granted, provided that the Amended Answer attached to his June 19, 2009 motion is filed and served no later than 10 days after this Order is filed.

Dated:  August 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge