**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Jessica M. Walker, SBN 250939
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant,
MANJIV RAJ, erroneously sued as RAJ MANJIV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SPRINGMEYER | CASE NO. 2:09-CV-00924-GEB-DAD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| RAJ MANJIV, an individual, WONG NGON FON TRUSTEE, et al., WONG NGON FON 1997 FAMILY LTD. PARTNERSHIP and DOES One through Fifty, inclusive, | Complaint Filed:   April 3, 2009<br>Cross-Claim Filed:   July 6, 2009 |
| Defendants. / | |

Plaintiff ANDREW SPRINGMEYER has accepted Defendants MANJIV RAJ, (erroneously sued as RAJ MANJIV) and NGON FON WONG, as TRUSTEE OF THE NGON FON WONG REVOCABLE TRUST, DATED MARCH 1994 and NGON FON WONG1995 FAMILY LIMITED PARTNERSHIP's, (erroneously sued as WONG NGON FON TRUSTEE, et al. and WONG NGON FON 1997 FAMILY LTD. PARTNERSHIP) Offer of Judgment, attached hereto as **Exhibit A**.

/ / /

/ / /

/ / /

/ / /

A copy of Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment is attached hereto as **Exhibit B**.

Dated: November 3, 2009

PORTER SCOTT
A Professional Corporation

By  /s/ Jessica M. Walker
    Stephen E. Horan, Esq.
    Jessica M. Walker, Esq.
    Attorneys for Defendant,
    MANJIV RAJ

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00732620.WPD

2

**NOTICE OF SETTLEMENT**

Re: <u>Springmeyer v. Raj Manjiv, et al.</u>
United States Eastern District Court of California, Case No. 2:09-CV-00924-GEB-DAD

## PROOF OF SERVICE (CCP 1013(a), 2915)

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On the date below I served the enclosed **NOTICE OF SETTLEMENT** addressed as follows:

| | |
|---|---|
| Jeffrey A. Briggs. Esq.<br>580 Mt. Rose Street<br>Reno, NV 89509<br>Tel:    (775) 786-1555<br>Fax:   (775) 657-6404<br>jeff@jabriggslaw.com | *Counsel for Plaintiff,*<br>*Andrew Springmeyer* |
| David Rude<br>CLARK & RUDE<br>830 The Alameda<br>San Jose, CA 95113<br>Tel:    (408) 971-1000 | *Counsel for Defendant,*<br>*Wong Ngon Fon Trustee, et al.* |

\_\_\_✓\_\_\_    BY MAIL. I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California, after the close of the day's business.

_____    BY PERSONAL SERVICE. I caused such document to be delivered by hand to the office of the person(s) listed above.

_____    BY FACSIMILE TRANSMISSION AND MAIL. I caused such document to be transmitted via facsimile to the numbers above, with copies following by United States mail at Sacramento, California.

_____    BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight delivery to the office of the person(s) listed above.

I declare under penalty of perjury that the foregoing is true and correct and was executed on **November 3, 2009.**

           /s/ Amanda Dickey           
              Amanda Dickey

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00752620.WPD

3

**NOTICE OF SETTLEMENT**

# EXHIBIT A

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Jessica M. Walker, SBN 250939
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant,
MANJIV RAJ, erroneously sued as RAJ MANJIV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SPRINGMEYER, <br><br> Plaintiff, <br><br> v. <br><br> RAJ MANJIV, an individual, WONG NGON FON TRUSTEE, et al., WONG NGON FON 1997 FAMILY LTD. PARTNERSHIP and DOES One through Fifty, inclusive, <br><br> Defendants. _____/ <br><br> NGON FON WONG, as TRUSTEE OF THE NGON FON WONG REVOCABLE TRUST, DATED MARCH 1994 and NGON FON WONG 1995 FAMILY LIMITED PARTNERSHIP, <br><br> CrossClaimants, <br><br> v. <br><br> MANJIV RAJ, <br><br> CrossDefendant. _____/ | CASE NO. 2:09-CV-00924-GEB-DAD <br><br> **AMENDED OFFER OF JUDGMENT (FRCP 68)** <br><br> Complaint Filed: April 3, 2009 <br> CrossClaim Filed: July 6, 2009 |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

Plaintiff ANDREW SPRINGMEYER alleges violations of the American's with Disabilities Act ("ADA") and correlating California statutes relating to WIENERSCHNITZEL number 418 located at 13401 Bowman Road in Auburn, California, operated by Defendant (tenant/franchisee)

MANJIV RAJ (erroneously sued as RAJ MANJIV), with said property owned by Defendants (landlords) NGON FON WONG REVOCABLE TRUST and NGON FON WONG FAMILY LIMITED PARTNERSHIP (erroneously sued as WONG NGON FON TRUSTEE, et al., WONG NGON FON 1997 FAMILY LTD. PARTNERSHIP).

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants MANJIV RAJ, NGON FON WONG REVOCABLE TRUST and NGON FON WONG FAMILY LIMITED PARTNERSHIP hereby offer to allow entry of judgment, without admission of liability, in favor of Plaintiff as follows:

1. To satisfy Plaintiff's prayer for injunctive relief, Defendant MANJIV RAJ shall perform all of the ADA remedial work specified in the report from Human Adaption LLC, dated May 20, 2009, a copy of which is attached hereto as **Exhibit A**. Defendant MANJIV RAJ shall have one year from the date of the acceptance of this offer within which to perform all the work necessary to correct the alleged ADA violations set forth in said report

2. Defendant MANJIV RAJ shall pay Plaintiff Four Thousand Dollars ($4,000.00) in damages for Plaintiff's single visit to said property on October 26, 2008.

3. Defendants MANJIV RAJ, NGON FON WONG REVOCABLE TRUST and NGON FON WONG FAMILY LIMITED PARTNERSHIP shall also pay Plaintiff's reasonable and necessary attorney's fees and costs. Absent the parties' reaching a resolution on their own, Plaintiff's attorney's fees and costs shall be determined by the United States District Court, Eastern District of California.

Jurisdiction shall remain in the United States District Court, Eastern District of California, to oversee completion of the injunctive relief and to determine Plaintiff's reasonable and necessary attorney's fees and costs, if necessary.

/ / /

/ / /

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00728352.WPD

**AMENDED OFFER OF JUDGMENT (FRCP 68)**

1  Dated: October 15, 2009              PORTER SCOTT
                                        A Professional Corporation
2

3                                       By /s/ Jessica M. Walker
4                                          Stephen E. Horan, Esq.
                                           Jessica M. Walker, Esq.
5                                          Attorneys for Defendant,
                                           MANJIV RAJ
6

7  Dated: October 15, 2009              CLARK & RUDE

8

9

                                        By    /s/ David Rude
10                                             David Rude, Esq.
                                               Attorney for Defendants,
11                                             NGON FON WONG REVOCABLE TRUST
                                               and NGON FON WONG FAMILY LIMITED
12                                             PARTNERSHIP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00728352.WPD              **AMENDED OFFER OF JUDGMENT (FRCP 68)**

Re: <u>Springmeyer v. Raj Manjiv, et al.</u>
United States Eastern District Court of California, Case No. 2:09-CV-00924-GEB-DAD

<u>**PROOF OF SERVICE (CCP 1013(a), 2915)**</u>

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action; my business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On the date below I served the enclosed **OFFER OF JUDGMENT (FRCP 68)** addressed as follows:

| | |
|---|---|
| Jeffrey A. Briggs. Esq.<br>580 Mt. Rose Street<br>Reno, NV 89509<br>Tel:  (775) 786-1555<br>Fax:  (775) 657-6404<br>jeff@jabriggslaw.com | *Counsel for Plaintiff,*<br>*Andrew Springmeyer* |
| David Rude<br>CLARK & RUDE<br>830 The Alameda<br>San Jose, CA 95113<br>Tel:  (408) 971-1000<br>Fax:  (408) 971-1133<br>drude@crlaw.net | *Counsel for Defendant,*<br>*Ngon Fon Wong Revocable Trust, et al.* |

__✓__   BY EMAIL AND MAIL. . I caused such document to be transmitted via email to the addresses above, with copies following by United States mail at Sacramento, California..

_____   BY PERSONAL SERVICE. I caused such document to be delivered by hand to the office of the person(s) listed above.

_____   BY FACSIMILE TRANSMISSION AND MAIL. I caused such document to be transmitted via facsimile to the numbers above, with copies following by United States mail at Sacramento, California.

_____   BY OVERNIGHT DELIVERY. I caused such document to be delivered by overnight delivery to the office of the person(s) listed above.

I declare under penalty of perjury that the foregoing is true and correct and was executed on **October 15, 2009.**

_____
Amanda Dickey

---

00728352.WPD                      AMENDED OFFER OF JUDGMENT (FRCP 68)

# EXHIBIT A

# Human Adaption, LLC

 

Building Accessible Communities

Improving Lives through Technology

*Wienerschnitzel*
**Raj Manjiv**
13401 Bowman Rd.
Auburn, CA 95603

5/20/09

Subject: Access Review (Wienerschnitzel #418)

Dear Mr. Manjiv,

At your request on May 12, 2009 I conducted a review of the above named property to determine if any issues of non compliance with the ADA, ADAAG and Title 24 CBC access provisions existed on this site. The review included an exterior site review (path of travel and parking) as well as a review of the interior of the building/ buildings on the site. The following are the results of that review:

*Parking CBC 1129B.1 / ADAAG 4.1.2(5)*

Issues as shown in digital images attached: 1

- This site lacks a CA R100 towing warning sign including phone numbers.
- No "VAN" accessible sign.
- The site lacks a sign mounted below the ISA sign at each accessible parking space that states "MINIMUM FINE $250.00".
- The perimeter of the access aisle is not painted blue.
- The parking space including the access aisle is > 2%

*Recommendations: Add a CA R100 sign all entrances to parking. Add "VAN" accessible sign. Add minimum fine signage. Paint perimeter of access aisles blue. Resurface accessible parking space and access aisle to not more than 2% in any direction.*
3504 Gold Creek Lane, Sacramento, California 95827, Cell Phone: 916-203-9086, Fax: 916-364-1365
Email: info@humanadaption.com, Webpage: www.humanadaption.com

*Path of Travel CBC 1114B.1.2/ ADAAG 4.3.2(1)*

Issues as shown in digital images attached: 1-13

- Directional signage is not used to show accessible paths of travel and pedestrian crossings.
- Detectable warnings are not used at access aisles or pedestrian crossings.
- The site lacks a marked accessible path of travel from the pubic right of way to the main entrance.
- The ramp from the accessible parking is >5%.

*Recommendations: Add directional signage. Add detectable warnings. Add POT from the public right of way. Reduce slop of ramp to <5%.*

*Entrances CBC 1133.1.1.1.1/ ADAAG 4.14*

Issues as shown in digital images attached: 14-16

- Door opening effort is > 5lbs.
- No ISA decal
- Door handles are not loop type.

*Recommendation: Adjust door opening effort and maintain at 5lbs. Add ISA decal. Replace door handles with loop type handles.*

*Toilet Rooms CBC 1115B.1/ ADAAG 4.22*

Issues as shown in digital images attached: 21-29

- The toilet rooms lack compliant signage including latch side door signs with Braille. Signage is mounted 60" AFF.
- The toilet rooms lack wheelchair clearance. The toilets are located in alcoves.
- The urinal is mounted with the rim above 17" AFF.

*Recommendations: Remodel women's toilet room to be an accessible unisex type and the men's room a non accessible unisex. Diagrams attached.*

*Dinning, Banquet and Bar Facilities CBC 1104B.5.1/ ADAAG 5.1*

Issues as shown in digital images attached: 17-20

- A minimum of 5% of all seating types in each separate dinning location must be accessible.
- A minimum of 28" must be maintained between cushions in the booth seating.
- The service counter is > 34" in height.

*Recommendations: Add ISA decal to accessible seating. Maintain 5% accessible seating. Create lower counter area.*

*Additional Comments/ Observations:* As stated in our phone conversation 5/20/09 the landlord and the tenant share in an ongoing obligation to identify and remove barriers. The law does not allow a property to be "Grand Fathered". Though every effort was made to provide a complete review as the result of the scope of the work it is possible other access items may have been missed. This report is preliminary and further review maybe conducted including review of plans for correction. The report is not for publication as it remains a working document. *The information provided is intended solely as informal guidance, and is not a determination of your company's legal rights or responsibilities under the law nor binding on any agency with enforcement responsibilities under Title 24 of the California Building Code, the ADA or other applicable laws or codes.*

It is my opinion that the above named facilities do *not* at this time meet full compliance with Title 24 of the California Building Code and the ADA. The regulations require that barriers to access must be identified and removed. I do believe that every effort is now being made to identify and remove barriers to access. Further with your company's plans for additional improvements I believe your facilities will be accessible to all who visit.

**Recommendations**

A licensed architect/ contractor should be retained to make the above noted corrections.

Respectfully Submitted,

Tim Fallis, Principal
Professional Affiliate Member AIA

# EXHIBIT B

1  Jeffery A. Briggs, Esq.
   State Bar No. 211227
2  580 Mt. Rose Street
   Reno, NV 89509
3  (775) 786-1555
   (775) 284-3809 (fax)
4  jeff@jabriggslaw.com
   Attorney for Plaintiff, ANDREW SPRINGMEYER
5

6              UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8  ANDREW SPRINGMEYER,              ) Case No. 2:09-CV-00924-GEB-DAD
                                    )
9         Plaintiff,                )
                                    )
10 v.                               )
                                    )
11                                  )
   RAJ MANJIV, an individual, WONG NGON )   NOTICE OF ACCEPTANCE
12 FON TRUSTEE et al., WONG NGON    )        OF DEFENDANTS'
   1997 FAMILY LTD PARTNERSHIP, and )        OFFER OF JUDGMENT
13 DOES ONE through FIFTY, inclusive, )
                                    )
14        Defendants.               )
                                    )
15                                  )
                                    )
16

17
        PLEASE TAKE NOTICE, that Plaintiff ANDREW SPRINGMEYER, hereby
18
   accepts the Offer of Judgment of the Defendants dated October 15, 2009.
19

20 Dated:     October 27, 2009         /s/ Jeffery A. Briggs
                                       Jeffery A. Briggs, Attorney for Plaintiff,
21                                     ANDREW SPRINGMEYER

22

23

24

25

26

27

28

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT                                    1

# **CERTIFICATE OF MAILING**

Pursuant to FRCP 5(b)(2)(E), I hereby certify that on the 27th day of October, 2009, I faxed and mailed the above and foregoing document with the United States Postal Service to:

Jessica Walker, Esq.
350 University Ave., Ste. 200
Sacramento, CA 95825
(916) 927-3706

David Rude, Esq.
830 The Alameda
San Jose, CA 95113
(408) 971-1133

/s/ Jeffery A. Briggs
Jeffery A. Briggs

NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT                                                 -2-