UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 14, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

ANDREW SPRINGMEYER

    Plaintiff,

        v.        CASE NUMBER: CIV S-09-0924 GEB DAD

RAJ MANJIV, (erroneously sued as JAJ MANJIV), and NGON FON WONG, as TRUSTEE OF THE NGON FON WONG REVOCABLE TRUST, DATED MARCH 1994 and NGON FON 1995 WONG FAMILY LIMITED PARTNERSHIP's (erroneously sued as WONG NGON FON TRUSTEE, et al., and WONG NGON FON 1997 FAMILY LTD. PARTNERSHIP)

    Defendants,

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE OFFER OF JUDGMENT, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON NOVEMBER 9, 2009.**

                Victoria C. Minor,
                Clerk of the Court

ENTERED:    January 14, 2010

                by:_____/s/_____
                R. Becknal , Deputy Clerk