# PORTER | SCOTT
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Jessica M. Walker, SBN 250939
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant,
MANJIV RAJ, erroneously sued as RAJ MANJIV

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SPRINGMEYER,<br><br>      Plaintiff,<br>v.<br><br>RAJ MANJIV, an individual, WONG NGON FON TRUSTEE, et al., WONG NGON FON 1997 FAMILY LTD. PARTNERSHIP and DOES One through Fifty, inclusive,<br><br>      Defendants.             /<br><br>NGON FON WONG, as TRUSTEE OF THE NGON FON WONG REVOCABLE TRUST, DATED MARCH 1994 and NGON FON WONG 1995 FAMILY LIMITED PARTNERSHIP,<br><br>      Cross-Claimants,<br>v.<br><br>MANJIV RAJ,<br><br>      Cross-Defendant.        / | CASE NO. 2:09-CV-00924-GEB-DAD<br><br>**ORDER PURSUANT TO STIPULATION BY ALL PARTIES WITHDRAWING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND VACATING THE HEARING**<br><br>Complaint Filed:    April 3, 2009<br>Cross-Claim Filed:  July 6, 2009 |

    Having considered the stipulation by all parties, the court accepts the portion of the stipulation withdrawing Plaintiff's Motion for Attorney's Fees filed on February 16, 2010. Therefore, the hearing

1

**[PROPOSED] ORDER PURSUANT TO STIPULATION BY ALL PARTIES WITHDRAWING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND VACATING THE HEARING**
00761943.WPD

on the motion scheduled for April 5, 2010, at 9:00 a.m., in Courtroom 10, is vacated.

**IT IS SO ORDERED.**

Dated: February 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

**[PROPOSED] ORDER PURSUANT TO STIPULATION BY ALL PARTIES WITHDRAWING**
00761943.WPD **PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND VACATING THE HEARING**