# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANDREW SPRINGMEYER,**

CASE NO: **2:09–CV–00924–GEB–DAD**

v.

**RAJ MANJIV, ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 7/9/2010**

**Victoria C. Minor**
Clerk of Court

ENTERED: **July 9, 2010**

by: /s/ K. Zignago
Deputy Clerk